Kendale McCoy

                            Plaintiff,

v.                                                             Case No.: 1:12−cv−05467
                                                                Honorable Milton I. Shadur

Wexford Health Sources, Inc., et al.

                            Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 11, 2013:

      MINUTE entry before Honorable Milton I. Shadur: Enter Memorandum Order. Marcus Hardy's counsel is ordered to file an explanation on or before April 26, 2013 as to any good faith basis for having advanced that contention to begin with (and this time no silence on counsel's part will be acceptable). Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.