36639/01245/MHW/REN/TRB

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENDALE MCCOY,<br><br>        Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCES, INC., KEVIN HALLORAN, ARTHUR FUNK, MARCUS HARDY, RONALD SCHAEFER, and LATONYA WILLIAMS,<br><br>        Defendants. | Case Number 2012 CV 05467<br><br>Judge Milton I. Shadur<br><br>Magistrate Judge Sheila M. Finnegan |

## NOTICE OF MOTION

To:    See Attached Service List

PLEASE TAKE NOTICE that on **November 13, 2013**, at **9:15 a.m.**, or as soon thereafter as counsel may be heard we shall appear before the Honorable Milton I. Shadur, **Room 2303**, Judge of the U.S. District Court of Illinois, 219 S. Dearborn Street, Chicago, Illinois, on or before any other Judge who may be hearing his call of Motions, on that day in his place and stead and shall then and there present the attached ***DR. SCHAEFER'S MOTION FOR LEAVE TO FILE ANSWER AND AFFIRMATIVE DEFENSES AND TO VACATE TECHNICAL DEFAULTS***, a copy of which is herewith served upon you.

                                                Respectfully submitted,

                                                CASSIDAY SCHADE LLP

                                                By: s/ Ronald E. Neroda
                                                      One of the Attorneys for Defendant, RONALD SCHAEFER, M.D.

Matthew H. Weller #6278685
Ronald E. Neroda #6297286
CASSIDAY SCHADE LLP
20 North Wacker Drive, Suite 1000
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2013, I caused a true and correct copy of *DR. SCHAEFER'S MOTION FOR LEAVE TO FILE ANSWER AND AFFIRMATIVE DEFENSES AND TO VACATE TECHNICAL DEFAULTS* to be served on the following counsel of record by electronic mail and/or as agreed to by the parties:

Robert W. Vyverberg, Jr.
Michael L. Gutierrez
Holland & Knight LLC
131 S. Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600
(312) 578-6666 (Fax)
Email: robert.vyverberg@hklaw.com
Email: michael.guttierrez@hklaw.com


James P. Doran
Illinois Attorney General's Office
100 W. Randolph Street
12th Floor
Chicago IL 60601
(312) 814-7202
jdoran@atg.state.il.us


Dated: <u>November 7, 2013</u>                                              By: <u>s/Ronald E. Neroda</u>

CASSIDAY SCHADE LLP
20 North Wacker Drive, Suite 1000
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – fax

7837714 RNERODA;RBUZONIK